ERNEST JOBMAN, Respondent, *v.* T. HOGAN & SONS, INC.,
Appellant.

*Negligence — action to recover for injury to workman on steamer through
swinging of hatch beam while being hoisted.*

*Jobman v. Hogan & Sons, Inc.,* 216 App. Div. 736, affirmed.

(Argued June 8, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered April 3, 1926, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant. Plaintiff
was employed in overseeing carpenter work on board
a steamship. Defendant was a stevedore company.
Its workmen were uncovering the hatches, in the course
of which they used an up and down fall to remove the
hatch beams. In lifting one of these large beams by the
fall, it swung around and struck the door of a com-
panionway, just as the plaintiff was about to pass through,
slamming the door closed and catching his foot in the
door, causing the injury complained of.

*Eli J. Blair* for appellant.

*Theodore H. Lord* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Transfer Tax upon the Estate of
EDNA WILSON, Deceased.

STATE TAX COMMISSION, Appellant and Respondent;
G. SEARING WILSON et al., as Executors, et al., Respond-
ents and Appellants.

*Tax — transfer tax on property of non-resident decedent located in this
State — deduction for funeral and administration expenses — real
property prorated to payment of general legacies.*

*Matter of Wilson,* 215 App. Div. 202, affirmed.

(Argued June 9, 1926; decided July 9, 1926.)

CROSS-APPEALS from an order of the Appellate Division
of the Supreme Court in the first judicial department,